UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JN APR X 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE ZAGEL
08CR 277

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| FERNANDO PALOMINO-CORTEZ, also known as "Fernando Palomino" | |

MAGISTRATE JUDGE KEYS

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about March 21, 2008, at Wood Dale, in the Northern District of Illinois, Eastern Division,

FERNANDO PALOMINO-CORTEZ,
also known as Fernando Palomino,

defendant herein, an alien who previously had been deported and removed from the United States on or about May 11, 2007, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY