Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE KEYS**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**JUDGE ZAGEL**

**08CR 277**

| | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | | | |
| CASE NUMBER | 08 GJ 405 | DATE | **APRIL 3, 2008** |
| CASE TITLE | **US v. FERNANDO PALOMINO-CORTEZ aka "Fernando Palimono"** | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

**TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY HELD IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.**

**RECEIVED**

APR 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                                      UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | Date mailed notice |
| Docketing to mail notices | | | Mailing dpty. initials |
| Mail AO 450 form. | | | DOCKET# |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | |