RECEIVED

APR 03 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 GJ 405 |
| | ) | |
| | ) | **08CR    277** |
| FERNANDO PALOMINO-CORTEZ | ) | |

## GOVERNMENT'S DECLARATION REGARDING GRAND JURY SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

**FILED**

APR 0 3 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By:  _Samuel B Cole_
SAMUEL B. COLE
Assistant U.S. Attorney
(312) 353-4258