## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 277 - 1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | UNITED STATES vs. FERNANDO PALOMINO-CORTEZ | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty.  Rule 16 conference 4/16/2008.  Status hearing set for 5/2/2008 at 10:00 a.m.  Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 4/11/2008 to 5/2/2008.  (X-T4)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|