**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                Case No.: 1:08–cr–00277
                                                      Honorable James B. Zagel

Fernando Palomino–Cortez

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James B. Zagel:As to Fernando Palomino−Cortez, status hearing held on 7/8/2008. Change of plea hearing reset for 7/23/2008 at 10:40 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 7/8/2008 to 7/23/2008. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.