# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 277 | **DATE** | 7/23/2008 |
| **CASE TITLE** | UNITED STATES vs. FERNANDO PALOMINO-CORTEZ | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty to the indictment. Plea accepted and judgment of guilty entered on the indictment. Defendant informed of his rights. Presentence investigation report ordered. Sentencing set for 10/2/2008 at 2:00 p.m. Defendant detained pending sentencing.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|